# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAWN LOUISE SADDLER-LEE,<br><br>Defendant. | Case No. CR-24-16-BLG-SPW<br><br>**ORDER TO EXPEDITE CHANGE OF PLEA HEARING** |

Upon the Defendant's Unopposed Motion to Expedite Change of Plea Hearing (Doc. 21), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing presently set for Thursday, May 30, 2024, at 9:30 a.m., is **VACATED** and **RESET** for **Wednesday, May 1, 2024 at 3:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of April, 2024.

_____
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE